AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
### for the
### Western District of New York

FILED
MAY 20 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

| | |
|---|---|
| United States of America | |
| v. | Case No. 16-CR-45 |
| Daniel Badu | |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: May 20, 2016

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JASON RUSSO, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HONORABLE LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE
*Judge's printed name and title*